AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND, GIL CROSTHWAITE and RUSS BURNS, as Trustees,<br><br>        Plaintiff<br>        v.<br>RICHARD S. TUCKER, INC. a California Corporation, and RICHARD S. TUCKER, as an individual,<br><br>        Defendant | **JCS**<br><br>CV 08    3611<br>Civil Action No. |

**Summons in a Civil Action**

To: RICHARD S. TUCKER, INC. a California Corporation, and RICHARD S. TUCKER, as an individual

*(Defendant's name)*

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Shaamini A. Babu, Esq.
Saltzman & Johnson Law Corporation
44 Montgomery St., Suite 2110
San Francisco, California 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                   Richard W. Wieking
                                                                 Name of clerk of court

Date:    JUL 29 2008                                 ANNA SPRINKLES
                                                                 Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*