RICHARD C. JOHNSON (SBN 40881)
KRISTEN McCULLOCH (SBN 177558)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
djohnson@sjlawcorp.com
kmcculloch@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| OPERATING ENGINEERS' PENSION TRUST FUND, GIL CROSTHWAITE and RUSS BURNS, as Trustees,<br><br>  Plaintiffs,<br><br>vs.<br><br>RICHARD S. TUCKER, INC., a California Corporation, and RICHARD S. TUCKER, as an individual,<br><br>  Defendants. | Case No.: C08-3611 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
|---|---|

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 31, 2008              Respectfully submitted,

                        SALTZMAN & JOHNSON
                        LAW CORPORATION


                        _____/s/_____
                        Shaamini A. Babu
                        Attorneys for Plaintiff

1
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**Case No.: C08-3611 JCS**

P:\CLIENTS\OE3PP\Cases\Richard Tucker\C08-2611 JCS Magistrate Declination 073108.DOC