Richard C. Johnson (SBN 40881)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND, GIL CROSTHWAITE and RUSS BURNS, as Trustees,<br><br>    Plaintiffs,<br><br>vs.<br><br>RICHARD S. TUCKER, INC., a California Corporation, and RICHARD S. TUCKER, as an individual,<br><br>    Defendants. | Case No.: C08-3611 MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., voluntarily dismiss, without prejudice, the within action against Defendants RICHARD S. TUCKER, INC., a California Corporation, and RICHARD S. TUCKER, an

///
///
///
///

-1-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C09-0769 PJH**

P:\CLIENTS\OE3PP\Cases\Richard Tucker\Pleadings\C08-3611 MHP Notice of Voluntary Dismissal 073109.DOC

Individual.  Plaintiffs have not previously filed or dismissed any similar action against Defendants.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 31st day of July, 2009, at San Francisco, California.

                        SALTZMAN & JOHNSON
                        LAW CORPORATION


By:_____/S/_____
    Shaamini A. Babu
    Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice and all dates herein are herewith vacated.

Date:  8/3/2009                     _____
                                          UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Marilyn H. Patel]*

-2-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C09-0769 PJH**

P:\CLIENTS\OE3PP\Cases\Richard Tucker\Pleadings\C08-3611 MHP Notice of Voluntary Dismissal 073109.DOC

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On July 31, 2009, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by First Class U.S. Mail, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Richard S. Tucker, Inc.**<br>**25195 N. Suttenfield Road**<br>**Acampo, California 95220** | **Richard S. Tucker**<br>**25195 N. Suttenfield Road**<br>**Acampo, California 95220** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 31st day of July, 2009, at San Francisco, California.

_____/S/_____
Vanessa de Fábrega